

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

Writer's Direct Telephone No.
(212) 416-8624



ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

January 28, 2008

**BY FAX**

Honorable Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007-1312
Fax: (212) 805-6181

      Re: Roberto Velazquez v. William Lape, Supt., et al.
        07 Civ. 7228 (CM) (DFE)

Your Honor:

  I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. By order dated September 26, 2007, Your Honor directed respondent to file its response to the petition for a writ of habeas corpus by December 14, 2007. On December 12, 2007, you granted respondent's first request for an extension of time until January 30, 2008, to answer the habeas petition.

  For most of last week, I was out of the office due to an unforeseen personal emergency. As a result, I respectfully request an additional one-week extension of time, until February 6, 2008, to answer the petition. I have contacted petitioner's counsel, Frances A. Gallagher, Esq., and she consents to this extension request. Thank you for your consideration.

1/28/08 —
I grant this request.
Douglas F. Eaton

Respectfully submitted,

Ashlyn Dannelly
Assistant Attorney General
Habeas Corpus Section

cc (by Fax):  Frances A. Gallagher, Esq.
      The Legal Aid Society
      Criminal Appeals Bureau
      199 Water Street - Fifth Floor
      New York, New York 10007
      Fax: (212) 577-3525