

199 WATER STREET  NEW YORK, N.Y. 10038  TEL: 212-577-3300  FAX: 212-509-8431  www.legal-aid.org

*Theodore A. Levine*
*President*

*Steven Banks*
*Attorney-in-Chief*

*Seymour W. James, Jr.*
*Attorney-in-Charge of*
*The Criminal Practice*

February 11, 2008

Honorable Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007-1312

              Re: <u>Roberto Velazquez v. William Lape, Supt., et. al.</u>
                  07 Civ. 7228 (CM) (DFE)

Dear Magistrate Judge Eaton:

      I represent Mr. Velazquez in the above-referenced matter. We received the respondents' answer, dated February 6, today, February 11, 2008. We request an extension of time to file our reply to March 20. Respondent's counsel has agreed. Thank you.

2/13/08 — I grant this request.
Douglas F. Eaton

Respectfully submitted,

FRANCES A. GALLAGHER
Associate Appellate Counsel

FAG/ac

cc (by U.S. Mail): Ashlyn Dannelly, Esq.
                    Assistant Attorney General
                    Habeas Corpus Section
                    120 Broadway
                    New York, N.Y. 10271